**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 11-21974-CIV-SEITZ/SIMONTON

MIRTHA GARCIA,

Plaintiff,

vs.

SIMM ASSOCIATES, INC.,

Defendant.
_____/

**NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION**

  Plaintiff, MIRTHA GARCIA, by and through the undersigned counsel, hereby provides notice of filing a proposed Order Scheduling Mediation.

Dated: August 15, 2011      Respectfully submitted,

                / Andrew I. Glenn
                Andrew I. Glenn, Esq.
                Florida Bar No. 577261
                Email: Andrew@cardandglenn.com
                J. Dennis Card, Jr., Esq.
                Florida Bar No. 0487473
                Email: Dennis@cardandglenn.com
                Card & Glenn, P.A.
                2501 Hollywood Boulevard, Suite 100
                Hollywood, Florida 33020
                Telephone: (954) 921-9994
                Facsimile: (954) 921-9553
                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

Ernest H. Kohlmyer, III, Esq.
Florida Bar No. 0110108
Email: skohlmyer@southmilhausen.com
SOUTH MILHAUSEN, P.A.
1000 Legion Place, Suite 1200
Orlando, FL 32801
Telephone (407) 539-1638
Facsimile: (407) 539-2679
Attorneys for Defendant
Service via CME/CF