**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 11-21974-CIV-SEITZ/SIMONTON

MIRTHA GARCIA,

Plaintiff,

vs.

SIMM ASSOCIATES, INC.,

Defendant.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the parties to this action submit this Joint Stipulation of Dismissal with prejudice. The parties agree that each party shall bear their own costs and attorneys' fees in connection with this action.

Dated: October 14, 2011                             Respectfully submitted,

/s Andrew I. Glenn_____             /s Ernest H. Kohlmyer_____
Andrew I. Glenn                                     Ernest H. Kohlmyer, Esq.
E-mail: Andrew@cardandglenn.com                    Florida Bar No. 0110108
Florida Bar No.: 577261                             Email: skohlmyer@southmilhausen.com
J. Dennis Card, Jr.                                 SOUTH MILHAUSEN, P.A.
E-mail: Dennis@cardandglenn.com                    Gateway Center
Florida Bar No. 0487473                             1000 Legion Place, Suite 1200
Card & Glenn, P.A.                                  Orlando, FL 32801
2501 Hollywood Boulevard, Suite 100                 Telephone: (407) 539-1638
Hollywood, Florida 33020                            Facsimile: (407) 539-2679
Telephone: (954) 921-9994                           Attorney for Defendant
Facsimile: (954) 921-9553
Attorneys for Plaintiff