UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-21974-CIV-SEITZ/SIMONTON

MIRTHA GARCIA,

      Plaintiff,

vs.

SIMM ASSOCIATES, INC.,

      Defendant.
_____/

## ORDER OF FINAL DISMISSAL

THIS MATTER is before the Court on the PARTIES' Joint Stipulation for Dismissal With Prejudice [DE-14]. Upon consideration, it is hereby

ORDERED THAT

1) This case is DISMISSED with prejudice.

2) All motions not otherwise ruled upon are DENIED as moot.

3) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 17th day of October, 2011.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record